STATE OF CONNECTICUT *v.* MELVIN MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 361 (AC 18502), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Lisa J. Steele,* special public defender, in support of the petition.

*Judith Rossi,* executive assistant state's attorney, in opposition.

Decided October 21, 1999

CLAUDIOUS W. CHANNER *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 620 (AC 17857), is denied.

*Claudious W. Channer,* pro se, in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided October 21, 1999